IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DaROSA, *et al.*,<br><br>                      Plaintiffs,<br>     v.<br><br>SPEEDWAY LLC,<br><br>                      Defendant. | 1:19-cv-10791-RGS |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

After the Court "decertified" this Fair Labor Standards Act ("FLSA") collective action, *see* Doc. 130, Named Plaintiffs Joseph DaRosa ("DaRosa"), Alka Davis ("Davis"), Martin Schutzius ("Schutzius"), and Daniel Schulz ("Schulz") (together "Plaintiffs")[1] pressed forward with their individual FLSA claims[2] and reached a settlement with Defendant Speedway LLC ("Speedway"). For the reasons described in the accompanying brief, the settlement should be approved as "a 'fair and reasonable resolution of a *bona fide* dispute over FLSA provisions.'" *Singleton v. AT&T Mobility Services LLC*, 146 F. Supp. 3d 258, 260 (D. Mass. Nov. 12, 2015) (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982)).

**WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion, approve the settlement, and dismiss this action with prejudice.

Date: September 16, 2022                                                 Respectfully submitted,

                                                                                    Harold Lichten (BBO# 549689)
                                                                                  Michelle Cassorla (BBO# 688429)
                                                                                    Anastasia Doherty (BBO #705288)
                                                                                   Lichten & Liss-Riordan, P.C.
                                                                                  729 Boylston Street, Suite 2000
                                                                                   Boston, MA 02116

---

[1] Named Plaintiff Wills Clervil was previously dismissed from the action. *See* Dkt. 134-35.
[2] As the Court has observed, the "1,200+ opt-in plaintiffs" are "no longer litigants in this case." Dkt. 133.

1

_____
Peter Winebrake*
R. Andrew Santillo*
Mark J. Gottesfeld*
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491

*Plaintiffs' Counsel*

*admitted Pro Hac Vice*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendant concurs in this motion.

_____
Peter Winebrake

## CERTIFICATE OF SERVICE

I certify that a copy of this document is being served by electronic filing on September 16, 2022, on all counsel of record.

_____
Peter Winebrake