IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DaROSA, *et al.*, <br> Plaintiffs, <br> v. <br> SPEEDWAY LLC, <br> Defendant. | 1:19-cv-10791-RGS |

## ORDER

AND NOW, this 17th day of March, 2022, upon consideration of Plaintiffs' Unopposed Motion for Approval of Settlement" (Dkt. 155), and all accompanying papers and proceedings herein, it is hereby **ORDERED** that the Motion is **ALLOWED** because the settlement constitutes "a 'fair and reasonable resolution of a *bona fide* dispute over FLSA provisions.'" *Singleton v. AT&T Mobility Services LLC*, 146 F. Supp. 3d 258, 260 (D. Mass. Nov. 12, 2015) (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982)). As such, this action is hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

1